## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Roshani Sheth

                        Plaintiff,

v.                                               Case No.: 1:24−cv−05061

                                                             Honorable Georgia N Alexakis

National Association of Realtors

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 22, 2025:

      MINUTE entry before the Honorable Georgia N Alexakis: For the reasons discussed in the accompanying memorandum opinion and order, NAR's motion to dismiss [17] is granted in part and denied in part. The Court grants Sheth leave to file a second amended complaint on or before 5/13/25 if she can cure the deficiencies with the dismissed claims while still complying with her Rule 11 obligations. See Runnion ex rel. Runnion v. Girl Scouts of Greater Chi. & Nw. Ind., 786 F.3d 510, 51920 (7th Cir. 2015). If Sheth elects not to file a second amended complaint by 5/13/25, the dismissal of those claims will convert to a dismissal with prejudice. The parties are directed to appear for a status hearing on 5/27/25 at 9:30 a.m. By 5/20/25, the parties are directed to submit a joint status report with proposed next steps in this matter, including a joint proposed discovery plan and conveying their interest in a settlement conference. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.