IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Roshani Sheth,

Plaintiff,

v.

National Association of Realtors,

Defendant/

Case No. 24 C 5061

Judge Georgia N. Alexakis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff
and against defendants

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff shall recover costs from defendants.

☐ in favor of defendant
and against plaintiff

Defendant shall recover costs from plaintiff.

☒ other: The Court granted defendant's motion to dismiss Counts I, II, and III of Sheth's second amended complaint. The dismissal of these counts is with prejudice. Having dismissed all claims over which it has original jurisdiction, the Court declined to exercise supplemental jurisdiction over plaintiff's remaining state-law breach-of-contract claim (Count IV).

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Georgia N. Alexakis on 1/13/2026 on a motion to dismiss.

Date: 1/13/2026

Thomas G. Bruton, Clerk of Court

Jannette Nunez, Deputy Clerk